657

Edward A. Ellis, Appellant, v. Ralph Keeling, Appellee.

Gen. No. 9,946.

opinion filed September 19, 1944. George S. McGaughey, for appellant; Maximilian J. St. George, for appellee; Willis A. Overholser and Gerald C. Snyder, of counsel. Opinion by JUSTICE HUFFMAN. Not to be published in full.

Florence Smith, Conservator of Lester Smith, Incompetent, Appellee, v. Milk Wagon Drivers' Union, Local No. 753 et al., Appellants.

Gen. No. 9,959.

opinion filed September 19, 1944. Joseph Sam Perry, for appellants; Edgar J. Elliott, of counsel; Rathje & Woodward, for appellee; John S. Woodward, of counsel. Opinion by JUSTICE HUFFMAN. Not to be published in full.